UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        *Plaintiff,*

  v.

CHARTER COMMUNICATIONS, INC.,
TIME WARNER CABLE INC.,
ADVANCE/NEWHOUSE PARTNERSHIP,
and BRIGHT HOUSE NETWORKS, LLC,

        *Defendants.*

## STIPULATION

It is hereby stipulated and agreed by and between the undersigned parties that:

1.    The Court has jurisdiction over the subject matter of this action and over each of the parties hereto, and venue of this action is proper in this Court.  The Defendants waive service of summons of the Complaint.

2.    The parties stipulate that a Final Judgment in the form attached hereto as Exhibit A may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16, and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on the Defendants and by filing that notice with the Court.  The Defendants agree to arrange, at their expense, publication as quickly as possible of the newspaper notice required by the APPA, which shall be drafted by the United States in its sole discretion.  The publication shall be arranged no later than three (3)

business days after the Defendants' receipt from the United States of the text of the notice and the identity of the newspaper within which the publication shall be made.  The Defendants shall promptly send to the United States (1) confirmation that publication of the newspaper notice has been arranged, and (2) the certification of the publication prepared by the newspaper within which the notice was published.

3. The Defendants shall abide by and comply with the provisions of the proposed Final Judgment, pending the Judgment's entry by the Court, or until expiration of time for all appeals of any Court ruling declining entry of the proposed Final Judgment, and shall, from the date of the signing of this Stipulation by the parties, comply with all the terms and provisions of the proposed Final Judgment.  The United States shall have the full rights and enforcement powers in the proposed Final Judgment, including Section V, as though the same were in full force and effect as an order of the Court.

4. This Stipulation shall apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the parties and submitted to the Court.

5. In the event (1) the United States has withdrawn its consent, as provided in Paragraph 2 above, or (2) the proposed Final Judgment is not entered pursuant to this Stipulation, the time has expired for all appeals of any Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the parties are released from all further obligations under this Stipulation, and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

6. The Defendants represent that the actions the Defendants are required to perform pursuant to the proposed Final Judgment can and will be performed, and that the Defendants will

later raise no claim of mistake, hardship or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.

Dated: April 22, 2016

FOR PLAINTIFF
UNITED STATES OF AMERICA

*/s/ Robert A. Lepore*

Robert A. Lepore
United States Department of Justice
Antitrust Division
Telecommunications & Media
Enforcement Section
450 Fifth Street, N.W., Suite 7000
Washington, DC 20530
Telephone: (202) 532-4928
Facsimile: (202) 514-6381
Email: Robert.Lepore@usdoj.gov

FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.

*/s/ Ilene Knable Gotts*

Ilene Knable Gotts
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1247
Facsimile: (212) 403-2247
Email: IKGotts@wlrk.com

FOR DEFENDANT
TIME WARNER CABLE INC.

*/s/ Aidan Synnott*

Aidan Synnott
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3213
Facsimile: (212) 492-0213
Email: asynnott@paulweiss.com

FOR DEFENDANTS
ADVANCE/NEWHOUSE PARTNERSHIP
and BRIGHT HOUSE NETWORKS, LLC

*/s/ Yvonne Quinn (jw)*

Yvonne S. Quinn
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: quinny@sullcrom.com