**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

        *Plaintiff*,

    v.

CHARTER COMMUNICATIONS, INC.,
TIME WARNER CABLE INC.,
ADVANCE/NEWHOUSE PARTNERSHIP,
and BRIGHT HOUSE NETWORKS, LLC,

        *Defendants*.

**PLAINTIFF UNITED STATES'
EXPLANATION OF CONSENT DECREE PROCEDURES**

    Plaintiff United States of America ("United States") submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment.  This proposed Final Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

    1.    Today, the United States has filed a Complaint, Stipulation, and proposed Final Judgment.  The proposed merger that is the subject of this action is also subject to review and approval by the Federal Communications Commission ("FCC").  The Chairman of the FCC today will circulate an order that would approve the merger subject to conditions.  Once the FCC adopts the order, the United States will file a Competitive Impact Statement related to the proposed Final Judgment, as required by the APPA.  The parties have agreed that the Court may enter the proposed Final Judgment following compliance with the APPA.

2. The APPA requires that the United States publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and cause to be published a summary of the terms of the proposed Final Judgment and the Competitive Impact Statement in certain newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. Defendants in this matter have agreed to arrange and bear the costs for the newspaper notices. The notice will inform members of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division (*see* 15 U.S.C. § 16(b)-(c)).

3. During the 60-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the *Federal Register*.

4. After the expiration of the 60-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by paragraph 2 of the Stipulation, *see* 15 U.S.C. § 16(d)).

5. If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. § 16(e)-(f), then the Court may enter the Final Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated: April 25, 2016                                   Respectfully submitted,

                                              /s/
                                        Robert A. Lepore
                                        United States Department of Justice
                                        Antitrust Division
                                        Telecommunications & Media Enforcement Section
                                        450 Fifth Street, N.W., Suite 7000
                                        Washington, D.C. 20530
                                        Telephone: (202) 532-4928
                                        Facsimile: (202) 514-6381
                                        Email: Robert.Lepore@usdoj.gov